UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA de LOURDES PARRA MARIN, on behalf of herself and all other persons similarly situated,<br><br>                             Plaintiff,<br><br>v.<br><br>DAVE & BUSTER'S, INC., and DAVE & BUSTER'S ENTERTAINMENT, INC.,<br>                             Defendants. | Case No. 15-CV-3608 (AKH) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter and the accompanying memorandum of law, Defendants Dave & Buster's, Inc., and Dave & Buster's Entertainment, Inc., will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse, Courtroom 14D, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' motion to dismiss with prejudice all claims asserted in the Complaint filed on May 8, 2015. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
         July 31, 2015

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
    Daniel J. Beller
    Daniel J. Leffell
    Maria H. Keane

1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
dbeller@paulweiss.com
dleffell@paulweiss.com
mkeane@paulweiss.com

*Attorneys for Defendants
Dave & Buster's Inc. and Dave & Buster's
Entertainment, Inc.*