# FH FRUMKIN & HUNTER LLP

WILLIAM D. FRUMKIN
ELIZABETH E. HUNTER

ALEXANDRA C. MANFREDI

PARALEGAL
JANET M. HOWELL

OF COUNSEL
BROACH & STULBERG, LLP

WRITER's EMAIL: WFrumkin@frumkinhunter.com

January 7, 2016

*Via ECF*
Honorable Alvin K. Hellerstein
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Maria De Lourdes Parra Marin on behalf of herself and all others similarly situated v. Dave & Busters, Inc. and Dave & Buster's Entertainment, Inc.*
           **Docket No.: 15-CV-03608**
           **Our File No.: 15-8630**

Dear Judge Hellerstein:

    We represent the Plaintiff in the above-referenced matter. Upon return to my office from yesterday's conference, I realized that due to conflicts with pre-existing deadlines in other cases, it will be difficult to comply with the January 15, 2016 at noon deadline date for submissions of supplemental briefs requested by the Court. Therefore, I respectfully request a two week extension of the deadline to noon on January 29, 2016. Defendants' counsel consents to this request for an extension and there have been no prior requests for an extension of this deadline. Thank you for your consideration of this application.

                                         Very truly yours,

                                         William D. Frumkin

WDF: jh

cc:   Nancy Kaboolian, Esq. (*via email*)
        Bradford D. Conover, Esq. (*via email*)
        Daniel J. Beller, Esq. (*via email*)

F:\APPLICAT\WP\Dave and Buster's\L-Judge Hellerstein.extension of time for brief. 01.06.16.wpd

Main Office:   1025 Westchester Avenue, Suite 309, White Plains, NY 10604 • T: (914) 468-6096 • F: (914) 468-6099
Orange County Office:   154 Main Street, Goshen, NY 10924 • T: (845) 294-7620 • F: (845) 294-3075
Of Counsel:   One Penn Plaza, Suite 2016, New York, NY 10119 • T: (212) 268-1000 • F: (212) 947-6010