WILLIAM D. FRUMKIN
ELIZABETH E. HUNTER

# FH FRUMKIN & HUNTER LLP

JENNA M. BEIRLEIN

PARALEGAL
JANET M. HOWELL

OF COUNSEL
BROACH & STULBERG, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/17

WRITER's EMAIL: WFrumkin@frumkinhunter.com

January 10, 2017

*[Handwritten note from judge:]* Motion for a stay is denied. The parties, by counsel, shall appear for a status conf. on April 7, 2017, 10:00 a.m. The court will hear the results of mediations and make such adjustments in the trial proceeding as may be just. 1-12-17 /s/ AKH

**Via ECF and FAX**
212-805-7942
Honorable Alvin K. Hellerstein
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Maria De Lourdes Parra Marin on behalf of herself and all others similarly situated v. Dave & Busters, Inc. and Dave & Buster's Entertainment, Inc.*
SDNY Docket No.: 15-CV-03608
Our File No.: 15-8630

Dear Judge Hellerstein:

We represent the Plaintiff and the putative class in the above-referenced matter and write to the Court on behalf of and with the consent of all parties. The parties have agreed to mediate this matter before a private mediator on March 20 and 21, 2017. Thus, in order to facilitate settlement and avoid unnecessary litigation costs, the parties respectfully request an adjournment of all deadlines in the Amended Case Management Plan that was issued on September 8, 2016, as set forth with particularity in the attached proposed Second Amended Case Management Plan.

The parties are committed to trying to resolve this matter through mediation, and in good faith have therefore agreed to block out two consecutive days when they and the mediator can start early and continue working late, if necessary, in order to settle the matter, if at all possible. Although the parties attempted to find earlier mediation dates, March 20 and 21, 2017 were the first two consecutive dates that could be scheduled given the differing and often conflicting schedules of the many parties who will be participating in the mediation, i.e., the three law firms representing plaintiff, plaintiff herself, two Dave & Buster's senior executives, a representative from Dave & Buster's insurer, and the mediator.

This is the second request for adjournment of these deadlines; the first request was granted on September 8, 2016.

---

Main Office:         1025 Westchester Avenue, Suite 309, White Plains, NY 10604 • T: (914) 468-6096 • F: (914) 468-6099
Orange County Office: 154 Main Street, Goshen, NY 10924 • T: (845) 294-7620 • F: (845) 294-3075
Of Counsel:          One Penn Plaza, Suite 2016, New York, NY 10119 • T: (212) 268-1000 • F: (212) 947-6010

Honorable Alvin K. Hellerstein        -2-                January 10, 2017

Thank you for your consideration.

Very truly yours,

William D. Frumkin

WDF: EEH
Encl.
cc:   Karin Fisch, Esq. (*via email*)
      Bradford D. Conover, Esq. (*via email*)
      Maria Keane, Esq. (*via email*)

C:\Users\jhowell\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\VMSLD8BL\L-Judge Hellerstein 01.10.16.wpd