# CONOVER

LAW OFFICES
345 Seventh Ave., 21st Floor
New York, NY 10001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/17

Telephone (212) 588-9080
Telecopier (212) 588-9082

Bradford D. Conover*

*Admitted in New York and Connecticut
Direct email brad@conoverlaw.com

September 21, 2017

**By ECF and Fax (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York, 10007

Re: *Maria de Lourdes Parra Marin v. Dave & Buster's Inc, and Dave & Buster's Entertainment, Inc.*, No. 15 CV 3608 (S.D.N.Y.)

[Handwritten annotation: The status conference scheduled for September 29 is cancelled. Plaintiff shall file its motion for preliminary approval of the settlement class by November 3, 2017. The parties shall appear for a settlement approval hearing in November 30, 2017 at 11 a.m. SO ORDERED. /s/ 9/21/17]

Dear Judge Hellerstein:

We represent the plaintiff and the putative class in the above-referenced matter and write to the Court on behalf of, and with the consent of, all parties. We are pleased to report that the parties have reached an agreement in principle to settle this litigation. The parties currently are negotiating the specific terms of the settlement, including the form and method of notice to the putative class and the procedures for processing class claims.

In light of the ongoing negotiations, the parties request an adjournment of the status conference, currently scheduled for September 29, 2017 at 10 a.m., until such time as the parties have executed a full stipulation of settlement and a motion for preliminary approval has been filed. The parties anticipate that these tasks will be completed by the end of October 2017, at which time the counsel will be available at the Court's convenience. This is the first request for an adjournment of this conference. Thank you for your consideration.

Respectfully submitted,

/s/
Bradford D. Conover

cc: Maria Keane, Esq. (via email and ECF)
Counsel of Record (via ECF)