UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MARIA de LOURDES PARRA MARIN, on                              :
behalf of herself and all other persons similarly            :       **ORDER DENYING MOTION**
situated,                                                     :       **FOR PRELIMINARY**
                                                              :       **APPROVAL OF CLASS**
                                     Plaintiff,               :       **CERTIFICATION AND**
                  -against-                                   :       **SETTLEMENT**
                                                              :
DAVE & BUSTER'S, INC., and DAVE &                             :       15-cv-3608
BUSTER'S ENTERTAINMENT, INC.,                                 :
                                                              :
                                     Defendants.

ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/17

------------------------------------------------------------- X

        Plaintiff moved for conditional class certification, and for preliminary approval of class

action settlement. Oral argument was held on November 30, 2017, and, for the reasons stated on

the record, Plaintiff's motion is denied.

        Plaintiff's complaint alleges a FRCP 23(b)(2) class, and prays for reinstatement and other

equitable relief. I deny Plaintiff's proposed settlement, which, inconsistent with its complaint,

seeks to certify a FRCP 23(b)(3) class and resolve this case through monetary compensation.

Plaintiff, furthermore, has not provided damages calculations or other evidence to sufficiently

show that the settlement is fair and reasonable.

        The Clerk shall terminate Motion to Approve Preliminary Approval of Class (Dk. No.

56).


        SO ORDERED.

Dated:        Nov 30, 2017
              New York, New York                     ALVIN K. HELLERSTEIN
                                                     United States District Judge