UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA de LOURDES PARRA MARIN, on behalf of herself and all other persons similarly situated,<br><br>         Plaintiff,<br><br>    - against -<br><br>DAVE & BUSTER'S, INC., and<br>DAVE & BUSTER'S ENTERTAINMENT, INC.,<br><br>         Defendants. |  15  Civ.  3608  (AKH) |

### NOTICE OF MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, FINAL CERTIFICATION OF A CLASS AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Settlement, Final Certification of a Class, and for an Award of Attorneys' Fees and Reimbursement of Expenses; the Joint Declaration of Class Counsel in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement Of Expenses, and an Incentive Award for the Named Plaintiff; the individual Declarations of Class Counsel; and all accompanying exhibits, Plaintiff will move this Court, before the Honorable Alvin Hellerstein, United States District Judge, on May 9, 2019 at 2:30 p.m., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for entry of an Order and Final Judgment, finally approving the Class Action Settlement, certifying the Settlement Class, awarding attorneys' fees and reimbursement of expenses, permitting payment

of an incentive award to the Named Plaintiff, permitting payment of the reasonable and actual costs of the Settlement Administrator, and other related relief.

Dated: New York, New York
April 25, 2019

        Respectfully submitted,

        ABBEY SPANIER, LLP

        By:    /s/ Karin E. Fisch
                Karin E. Fisch
                212 East 39th Street
                New York, New York 10016
                (212) 889-3700

        FRUMKIN & HUNTER LLP
           William D. Frumkin
           Elizabeth E Hunter
           1025 Westchester Avenue, Suite 309
           White Plains, New York 10604
           (914) 328-0366

        CONOVER LAW OFFICES
           Bradford D. Conover, Esq.
           Molly Smithsimon, Esq.
           345 Seventh Avenue, 21st Floor
           New York, New York 10001
           (212) 588-9080

*Counsel for Plaintiff*